IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MELISSA "MAISIE" CARTER AND DOUGLAS CARTER<br>    Plaintiffs,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY<br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. _____ |

## DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S NOTICE OF REMOVAL

Defendant State Farm Mutual Automobile Insurance Company (hereinafter "SFMAIC") files this Notice of Removal pursuant to 28 U.S.C. §1441(b) and 28 U.S.C. §1332(a).

### PROCEDURAL BACKGROUND

1. Plaintiffs Melissa "Maisie" Carter and Douglas Carter filed this action on August 21, 2019 against SFMAIC in the 117th Judicial District Court in Nueces County, Texas. That case was docketed under cause number 2019DCV-4177-B (the "State Court Action").

2. SFMAIC was served with process on August 27, 2019.

3. SFMAIC filed its Original Answer on September 20, 2019.

4. SFMAIC timely files this Notice of Removal pursuant to 28 U.S.C. §1446 to remove the State Court Action from the 117th Judicial District Court in Nueces County, Texas to the United States District Court for the Southern District of Texas, Corpus Christi Division.

### NATURE OF THE SUIT

5. This lawsuit involves a dispute over the alleged non-payment of underinsured motorist insurance benefits for damages allegedly sustained when Plaintiff Melissa "Maisie" Carter was rear-ended by a vehicle driven by another driver as well as for insurance premium increases alleges

by Plaintiff Douglas Carter. *See Plaintiffs' Original Petition* at ¶ 9-13.  Plaintiffs assert injuries and damages, and they have filed suit against SFMAIC alleging both contractual and extra-contractual claims against SFMAIC, including an allegation of retaliatory increase in premiums in violation of §541.060(a)(1). *Id.* at ¶¶20-41.  Plaintiffs seek various damages, including actual damages, treble damages, punitive damages, and attorney's fees in this cause. *Id.* at ¶¶ 23, 23, 35, 41 and 42-48.

## BASIS FOR REMOVAL

6.  The Court has jurisdiction over this action under 28 U.S.C. § 1332 because there is and was complete diversity between all real parties in interest (Plaintiffs and SFMAIC) and the amount in controversy exceeds $75,000, per Plaintiff, exclusive of interest and costs.

### *Diversity of Citizenship*

7.  At the time the State Court Action was commenced, Plaintiffs were and still are residents and citizen of Texas. *See Plaintiffs' Original Petition* at ¶ 1.

8.  SFMAIC was at the time this action was commenced, and still is, a citizen of Illinois. SFMAIC is an insurance corporation that is incorporated under the laws of the State of Illinois, with its principal place of business in Bloomington, Illinois.

### *Amount in Controversy*

9.  In their Original Petition, Plaintiffs fails to set forth the statement of damages required by Texas Rule of Civil Procedure, Rule 47. *Plaintiffs' Original Petition*. However, Plaintiffs set forth "the economic costs attributable to the collision…exceed $120,000." Id at. ¶ 16.

10. Plaintiffs state their they provided Defendant with a "formal demand…that clearly outlined and [sic] the Plaintiffs medical treatment and cost (economic damages)" in excess of $120,000, as well as their claim for attorneys' fees.  Id.

11. Further, Plaintiffs assert that SFMAIC not only breached its contract with Plaintiffs but also breached its duty of good faith and fair dealing and did so intentionally, knowingly, and maliciously. *Id.* at ¶46. Plaintiffs allege violations of Texas Insurance Code §541.060, including specifically §541.060(a)(1) regarding the premiums Douglas Carter was charged in connection with this policy and stemming from the underlying auto accident at issue. Based on Plaintiffs' petition, the amount in controversy easily exceeds $75,000.00 as to each Plaintiff. Plaintiffs' claim for punitive damages alone includes a possible recovery of at least $200,000.00. *See* TEX. CIV. PRAC. & REM. CODE ¶ 41.008(b). In the alternative, Defendant contends the claims Plaintiffs present are a united claim for a common and undivided interest and can be aggregated to meet the minimum amount, as Plaintiffs have jointly alleged in their petition, and referenced settlement demand to Defendant, alleged economic damages of at least $120,000 plus punitive damages, extra-contractual claim violation damages and attorney's fees. *Allen v. R.H. Oil & Gas Co.*, 63 F.3d 1326 1330 (5th Cir. 1995).

## REMOVAL IS PROCEDURALLY CORRECT

12. This Notice of Removal is timely under 28 U.S.C. § 1446(b). State Farm was served with process on August 27, 2019.

13. Venue is proper in this Division under 28 U.S.C. § 1441(a) because this district and division embrace the place in which the removed action has been pending.

14. In accordance with 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders in the State Court Action are attached herein to the Index of Matters Filed (Exhibits 1A – 1D).

15. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of SFMAIC's Notice of Removal was promptly given to all parties and to the clerk of the 117th Judicial District Court in Nueces County, Texas.

16. All documents required by Local Rule 81 to be filed with this Notice of Removal are attached herein to the Index of Matters Filed (Exhibit 1).

## PRAYER

State Farm Mutual Automobile Insurance Company respectfully requests that the State Court Action be removed and placed on this Court's docket for further proceedings. State Farm Mutual Automobile Insurance Company also requests any additional relief to which it may be justly entitled.

Respectfully submitted,

/s/ *Elizabeth Sandoval Cantu*
Elizabeth Sandoval Cantu
Fed. ID No. 310028/State Bar No. 24013455
**RAMÓN | WORTHINGTON, PLLC**
900 Kerria Ave.
McAllen, Texas 78501
(956) 294-4800 – Phone
**ATTORNEY IN CHARGE FOR DEFENDANT**

**Of Counsel:**
Sofia A. Ramon
Fed. ID No. 20871/State Bar No. 00784811
Dan K. Worthington
Fed. ID No. 15353/State Bar No. 00785282
Stephen W. Bosky
Fed. ID No. 3076205/State Bar No. 24087190
**RAMÓN | WORTHINGTON, PLLC**
900 Kerria Ave.
McAllen, Texas 78501
(956) 294-4800 – Phone

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the 20th day of September, 2019, a true and correct copy of the foregoing document was sent to all counsel of record in this cause, to-wit:

Gene A. Garcia
LAW OFFICE OF GENE GARCIA
5151 Flynn Parkway, Suite 302
Corpus Christi, Texas 78411
T: 361-883-8651
F: 361-228-8392
Gene@genegarcialaw.com

Craig Ribbeck
THE RIBBECK LAW FIRM, P.L.L.C.
811 Wild Valley
Houston, Texas 77057
T: 713-621-5220
F: 713-572-1507
Craig@Ribbecklawfirm.com
*Attorneys for Plaintiffs*

                                                      */s/ Elizabeth Sandoval Cantu*
                                                      Elizabeth Sandoval Cantu